| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>LAVERY & SIRKIS, ESQUIRES<br>Joan Sirkis Warren, Esq.<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ  07840<br>(908) 850-6161<br>I.D. #JW4841<br>Attorney for Debtor, David P. Dresser | Order Filed on June 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>David P. Dresser | Case No.:  18-28044<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  Kathryn C. Ferguson |

**ORDER AUTHORIZING THE MODIFICATION OF
THE DEBTORS MORTGAGE PAYMENT**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

DATED:

**DATED: June 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor:  David P. Dresser

Case #18-28044

Caption of Order:  Order Approving Modification of Mortgage Payment

---

The following order is hereby entered:

Upon consideration of debtor(s) motion for an order approving modification of mortgage payment for property located at 19 Henderson Street, Oxford, NJ, it is hereby ORDERED that:

1. The debtor(s)'s application to enter into a mortgage modification is hereby approved.

2. If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. The Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.