Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  18−28044−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David P Dresser
   19 Henderson Street
   Oxford, NJ 07863

Social Security No.:
   xxx−xx−2182

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 12, 2019
JAN: rms

                                                                                  Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-28044-MBK
David P Dresser                                                        Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2019
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
```
db          +David P Dresser,   19 Henderson Street,    Oxford, NJ 07863-3112
cr          +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave.suite # 100,
              Boca Raton, FL 33487-2853
517747367   +Chase,   3415 Vision Drive,    Columbus, OH 43219-6009
517747366   +Chase,   700 Kansas Lane,   Monroe, LA 71203-4774
517747368    Chase Home Finance,    PO Box 78420,   Phoenix, AZ 85062-8420
517878716   +JPMorgan Chase Bank, National Association,    Bankruptcy Department,   Mail Code LA4-5555,
              700 Kansas Lane,   Monroe, LA 71203-4774
517878197   +MTGLQ INVESTORS, L.P.,    9990 Richmond Ave. Suite 400 South,   Houston, TX 77042-4546
517809522   +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
518032231    MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
              Irvine, CA 92619-2708
518032232   +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 52708,
              Irvine, CA 92619-2708,   MTGLQ Investors, LP,
              c/o Rushmore Loan Management Services 92619-2708
517747369   +RAS Citron Law Offices,    130 Clinton road, Suite 202,   Fairfield, NJ 07004-2927
517747370    Selene Finance,    PO Box 71243,   Philadelphia, PA 19176-6243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2019 00:56:36     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2019 00:56:32     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517747371    wife
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
```
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Albert  Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Joan Sirkis Warren    on behalf of Debtor David P Dresser joan@joanlaverylaw.com
            Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kevin M. Buttery    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkyefile@rasflaw.com
            Kevin M. Buttery    on behalf of Creditor    MTGLQ Investors, LP bkyefile@rasflaw.com
            Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             NJ_ECF_Notices@mccalla.com
            Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
             phillip.raymond@mccalla.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```